**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kim Gregory McKINNEY,.**
**Defendant–Appellant.**

**No. 02–6325.**

United States Court of Appeals,
Fourth Circuit.

Submitted April 25, 2002.

Decided May 8, 2002.

Kim Gregory McKinney, Appellant Pro Se. Richard Lee Edwards, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Kim Gregory McKinney seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. McKinney,* No. CR–00–42; CA–01–297–1 (W.D.N.C. Jan. 14, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*